UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In re:  Nelson Ramirez Mojica                                             Case No. 09-73313-FJS
                                                                                               Chapter 13
     Debtor

### Order Settling Motion to Dismiss

**THIS MATTER CAME** to be heard upon the Motion to Dismiss filed by Michael P. Cotter, Chapter 13 Standing Trustee. Upon representation of the parties that the matter has been **Settled;** it is hereby,

**ORDERED** that the Debtor is to resume making regular plan payments in June 2013.

**ORDERED** that the Debtor is to cure arrears of $1,070.00 through May 2013 by making an additional payment of $267.50 certified funds for (4) months beginning June 2013 through September 2013, and is to keep all future regular plan payments current.

**It is FURTHER ORDERED** that failure to comply with this Order, the Trustee may file an Order of Dismissal without further notice or hearing of this Court.

Entered on Docket: Jun 26 2013

Enter this ___ day of _____ 2013.

                                                    Jun 25 2013

_____

                                                 /s/ Stephen C. St.John
                                                 _____
                                                 Judge

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

I ask for this:

/s/ Warren A. Uthe, Jr. (for)
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

Agreed:

/s/ Edrie A. Pfeiffer
Edrie A Pfeiffer Esq
Attorney for the debtor
Hampton Roads Legal Services
2624 Southern Blvd Suite 101
Va Beach, VA  23452
Virginia State Bar No.41791

LOCAL RULE 9022-1 (C) CERTIFICATION

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1 (C).

/s/ Warren A. Uthe, Jr. (for)
Michael P. Cotter
Chapter 13 Standing Trustee

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

Parties to receive copies:

Edrie A Pfeiffer Esq
Hampton Roads Legal Services
2624 Southern Blvd Suite 101
Va Beach, VA  23452

Nelson Ramirez Mojica
4208 Conway Court
Virginia Beach, VA  23453

Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

Michael P. Cotter  VSB No. 19526
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000